NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUANGDONG DONGYUAN KITCHENWARE INDUSTRIAL CO., LTD.,**
*Plaintiff-Appellant*

**v.**

**ELKAY MANUFACTURING COMPANY,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2016-2637

---

Appeal from the United States Court of International Trade in Nos. 1:13-cv-00176-TCS, 1:13-cv-00199-TCS, Chief Judge Timothy C. Stanceu.

---

**JUDGMENT**

---

ALEXANDRA H. SALZMAN, DeKieffer & Horgan, PLLC, Washington, DC, argued for plaintiff-appellant. Also represented by GREGORY S. MENEGAZ, JAMES KEVIN HORGAN.

JEFFREY MARK TELEP, King & Spalding LLP, Washington, DC, argued for plaintiff-appellee.

RICHARD PAUL SCHROEDER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, JEANNE E. DAVIDSON, PATRICIA M. MCCARTHY; JAMES HENRY AHRENS, II, Office of the Chief Counsel for Trade Enforcement & Compliance, United States Department of Commerce, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  November 13, 2017  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |